**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In re:  Henry Benjamin McIntire, III                    )
                                                        )
                                                        )   Case No.      25-31032-FJS
                                                        )
                                                        )   Chapter       13
                                                        )
 Debtor's Address:                                      )
8484 Rowanty Road                                       )
Carson, VA 23830                                        )
                                                        )
Last four digits of Social Security or                  )
Individual Tax-payer Identification (ITIN)  )
No(s)., (if any): 5106                                  )
                                                        )

### NOTICE OF MOTION (OR OBJECTION)

Debtor, by counsel, has filed papers with the Court to Incur Debt.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion (or objection), or if you want the court to consider your views on the motion (or objection), then on or before August 14, 2026, you or your attorney must:

**X**      File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

Clerk of Court
United States Bankruptcy Court
701 East Broad Street, Suite 4000
Richmond, VA 23219

Alexis X. Oulton, Esq.
VSB #96461
AMERICA LAW GROUP, INC.
2469 Boulevard
Colonial Heights, VA 23834
(804) 520-2428
Counsel for Debtor(s)

You must also mail a copy to:

> America Law Group, Inc.
> 2469 Boulevard
> Colonial Heights, VA 23834

□   Attend a hearing to be scheduled at a later date. You will receive separate notice of hearing. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

□   Attend the hearing on the motion (or objection) scheduled to be held on _____at.................................... m. at United States Bankruptcy Court, 701 East Broad Street, Crtrm <5100/5000> Richmond, VA 23219.

**UNDER LOCAL BANKRUPTCY RULE 9013-1, UNLESS A WRITTEN RESPONSE IN OPPOSITION TO THIS MOTION AND SUPPORTING MEMORANDUM ARE FILED WITH THE CLERK OF COURT AND SERVED ON THE MOVING PARTY WITHIN 21 [OR APPLICABLE NOTICE PERIOD UNDER THE FEDERAL RULES OF BANKRUPTCY PROCEDURE OR THESE LOCAL BANKRUPTCY RULES] DAYS OF THE SERVICE OF THIS NOTICE, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE MOTION [OR APPLICATION OR PROPOSED ACTION] AS CONCEDED AND ISSUE AN ORDER GRANTING THE REQUESTED RELIEF WITHOUT FURTHER NOTICE OR HEARING.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date:  July 21, 2026                  Signature, name, address, and telephone number of person giving notice:

/s/ Alexis X. Oulton
Alexis X. Oulton, Esq.
VSB #96461
AMERICA LAW GROUP, INC.

Alexis X. Oulton, Esq.
VSB #96461
AMERICA LAW GROUP, INC.
2469 Boulevard
Colonial Heights, VA 23834
(804) 520-2428
Counsel for Debtor(s)

2469 Boulevard
Colonial Heights, VA 23834
Phone: (804) 520-2428
Fax: (434) 885-3600
Email: aoulton@americalawgroup.com
Counsel for Debtor

Alexis X. Oulton, Esq.
VSB #96461
AMERICA LAW GROUP, INC.
2469 Boulevard
Colonial Heights, VA 23834
(804) 520-2428
Counsel for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In re: Henry Benjamin McIntire, III | Case No. 25-31032-FJS

Debtor. | Chapter 13

## <u>MOTION TO INCUR DEBT</u>

Comes now the Debtor, by counsel, and in support of his Motion to Incur Debt, states as follows:

1.	The Debtor filed this case under Chapter 13 of the U.S. Bankruptcy Code on 03/18/2025.

2.	Michael R. Jones has been appointed as the Chapter 13 Trustee in this case.

3.	Debtor's Chapter 13 Plan was confirmed by the Court on 05/14/2025.

4.	The Debtor seeks to incur debt related to an existing mortgage on the Debtor's and his spouse's real property held by NewRez LLC d/b/a Shellpoint Mortgage Servicing, by executing a Subordinate Note and Deed of Trust with the Secretary of Housing and Urban Development (referred to as the "Lender"), to cure missed mortgage payments.  The real property securing the loan is commonly known as 8484 Rowanty Road, Carson, VA 23830, and more particularly described as

Alexis X. Oulton, Esq.
VSB #96461
AMERICA LAW GROUP, INC.
2469 Boulevard
Colonial Heights, VA 23834
(804) 520-2428
Counsel for Debtor(s)

ALL THAT CERTAIN LOT OR PARCEL OF REAL PROPERTY. WITH THE IMPROVEMENTS THEREON AND THE APPURTENANCES THERETO, BELONGING, LYING AND SITUATE IN STONY CREEK DISTRICT. SUSSEX COUNTY, VIRGINIA, FRONTING FOR A DISTANCE OF 322.00 FEET. MORE OR LESS. ON THE WEST LINE OF ROWANTY ROAD OR STATE ROUTE NO. 623 AND RUNNING BACK THEREFROM IN A WESTERLY DIRECTION. CONTAINING 1.83 ACRES, MORE OR LESS. AND BEING KNOWN, NUMBERED AND DESIGNATED AS LOT I. ROWANTY ACRES SUBDIVISION ON A PLAT ENTITLED "PLAT SHOWING ROWANTY ACRES SUBDIVISION LYING ON THE SUSSEX COUNTY & PRINCE GEORGE COUNTY LINE", SITUATED IN STONY CREEK DISTRICT. SUSSEX COUNTY, VIRGINIA", DATED JUNE 25, 2004. REVISED SEPTEMBER 17, 2004, REVISED AGAIN ON SEPTEMBER 16, 2005, A COPY OF WHICH IS RECORDED IN THE CLERK'S OFFICE OF THE CIRCUIT COURT OF SUSSEX COUNTY. VIRGINIA IN PLAT BOOK 21, PAGE 160, REFERENCE TO SAID PLAT BEING HEREBY MADE FOR A MORE PARTICULAR DESCRIPTION OF THE ABOBE DESCRIBED PROPERTY; SAID PROPERTY BEING KNOWN BY THE CURRENT STREET ADDRESS OF 8484 ROWANTY ROAD, CARSON, VIRGINIA.

TOGETHER WITH A PERPETUAL NONEXCLUSIVE EASEMENT OF RIGHT-OF-WAY OVER. ACROSS AND THROUGH A STRIP DESIGNATED AS "SCOTTS LANE. 50' RAY" ON THE ABOVE MENTIONED PLAT, REFERENCE TO SAID PLAT BEING HEREBY MADE FOR A MORE PARTICULAR DESCRIPTION OF THE STRIP OF PROPERTY OVER, ACROSS AND THROUGH WHICH THIS PERPETUAL NONEXCLUSIVE EASEMENT OF RIGHT-OF-WAY CONVEYED WITH "LOT 1. ROWANTY ACRES" HEREIN RUNS. THE ABOVE MENTIONED PERPETUAL NONEXCLUSIVE EASEMENT OF RIGHT-OF-WAY IS FOR THE PURPOSE OF INGRESS AND EGRESS TO AND FROM THE PROPERTY DESIGNATED AS LOT I. ROWANTY ACRES ON THE ABOVE MENTIONED PLAT AND ROWANTY ROAD OR STATE ROUTE NO. 623. TOGETHER WITH A PERMANENT EASEMENT AND/OR PERMANENT RIGHT TO CONVEY EASEMENTS TO CONSTRUCT AND MAINTAIN GAS, WATER, ELECTRICAL. TELEPHONE, CABLE TELEVISION. DRAINAGE LINES, AND OTHER PUBLIC UTILITY SYSTEMS WITHIN THE STRIP OF PROPERTY THAT IS DESIGNATED AS "40' UTILITY EASEMENT" ON THE ABOVE MENTIONED PLAT, WHICH STRIP RUNS ALONG THE FRONT LOT LINES OF THE PARCELS DESIGNATED AS LOT I. LOT 17, LOT 16, LOT 15, LOT 14, LOT 13, LOT 12, LOT 11 AND LOT 10, ROWANTY ACRES ON THE ABOVE MENTIONED PLAT. REFERENCE TO SAID PLAT IS HEREBY MADE FOR A MORE PARTICULAR DESCRIPTION OF THE STRIP OF PROPERTY WHICH IS SUBJECT TO THE LAST HEREINABOVE DESIGNATED PERMANENT EASEMENT AND/OR PERMANENT RIGHT TO CONVEY EASEMENTS TO CONSTRUCT AND MAINTAIN UTILITY SYSTEMS WHICH IS CONVEYED WITH AND APPURTENANT TO "LOT I, ROWANTY ACRES" HEREIN.

TOGETHER WITH A SECOND PERMANENT EASEMENT AND/OR PERMANENT RIGHT TO CONVEY EASEMENTS TO CONSTRUCT AND MAINTAIN GAS, WATER, ELECTRICAL, TELEPHONE, CABLE TELEVISION, DRAINAGE LINES, AND OTHER PUBLIC UTILITY SYSTEMS WITHIN A STRIP OF PROPERTY THAT IS DESIGNATED AS" 10' UTILITY EASEMENT" ON THE ABOVE MENTIONED PLAT, WHICH STRIP RUNS THROUGH THE PARCELS DESIGNATED AS LOT 2, LOT 18, LOT 19, LOT 20 AND LOT 21, ROWANTY ACRES ON THE ABOVE MENTIONED PLAT. REFERENCE TO SAID PLAT IS HEREBY MADE FOR A MORE PARTICULAR DESCRIPTION OF THE "10 FOOT WIDE" STRIP OF PROPERTY DESIGNATED AS "10' UTILITY EASEMENT" ON THE ABOVE MENTIONED PLAT WHICH IS SUBJECT TO THIS SECOND PERMANENT EASEMENT AND/OR PERMANENT RIGHT TO CONVEY EASEMENTS TO CONSTRUCT AND MAINTAIN UTILITY SYSTEMS WHICH IS CONVEYED WITH AND APPURTENANT TO "LOT I, ROWANTY ACRES" HEREIN. THE ABOVE DESCRIBED WHICH IS DESIGNATED AS "LOT I, ROWANTY ACRES" ON THE ABOVE MENTIONED PLAT, IS CONVEYED HEREIN SUBJECT TO A PERPETUAL NON EXCLUSIVE EASEMEMT OF RIGHT-OF-WAY THAT RUNS OVER, ACROSS AND THROUGH A "25 FOOT WIDE STRIP" OF THE AFORESAID LOT I, ROWANTY ACRES SUBDIVISION", WHICH STRIP IS A PORTION OF THE LONGER AND WIDER STRIP DESIGNATED AS "SCOTT'S LANE, 50' R/W" ON THE HEREINABOVE MENTIONED PLAT, REFERENCE TO SAID PLAT BEING HEREBY MADE FOR A MORE PARTICULAR DESCRIPTION OF THE "25 FOOT WIDE" STRIP OF THE AFORESAID "LOT 1, ROWANTY ACRES SUBDIVISION" WHICH IS SUBJECT TO THE LAST ABOVE MENTIONED PERPETUAL NONEXCLUSIVE EASEMENT OF RIGHT-OF-WAY. THE LAST ABOVE MENTIONED PERPETUAL NONEXCLUSIVE EASEMENT OF RIGHT-OF-WAY IS FOR THE PURPOSE OF INGESS AND EGRESS TO AND FROM THE LOTS OF REAL PROPERTY WHICH ARE DESIGNATED AS "LOT 10, LOT 11, LOT 12. LOT 13, LOT 14. LOT IS, LOT 16, LOT 17, LOT 18, LOT 19, LOT 20, LOT 21, AND LOT 2, ROWANTY ACRES SUBDIVISION, ON THE ABOVE MENTIONED PLAT AND ROWANTY ROAD OR STATE ROUTE NO. 623.

Alexis X. Oulton, Esq.
VSB #96461
AMERICA LAW GROUP, INC.
2469 Boulevard
Colonial Heights, VA 23834
(804) 520-2428
Counsel for Debtor(s)

5.	NewRez LLC d/b/a Shellpoint Mortgage Servicing filed a proof of claim on 05/26/2025, identified as Claim No. 16, detailing a secured claim on the Debtor's and his spouse's real property in the amount of $195,164.52.

6.	On or around July 13, 2026, the Lender offered a Subordinate Note and Subordinate Deed of Trust (the "Agreement") to the Debtor and his spouse, which details terms of a modification to the original Note and Deed of Trust secured by the Debtor's and his spouse's real property, and which cures an existing default in payments under the existing mortgage with NewRez LLC d/b/a Shellpoint Mortgage Servicing.  The Agreement is attached hereto as "Exhibit A".

7.	The germane parts of the Agreement are as follows:

a.  The principal balance owed to the Lender is $5,973.95;

b.  The maturity date is June 1, 2050 (or whenever the primary Note balance is paid or accelerated, or if the primary Note and Deed of Trust are no longer insured by the Secretary of Housing and Urban Development);

c.  No interest will accrue on the Subordinate Note;

d.  There are no monthly payments required by the Subordinate Note;

e.  The Subordinate Note capitalizes all arrears on the existing note held by NewRez LLC d/b/a Shellpoint Mortgage Servicing; and

f.  No loan proceeds will be paid to the Debtor.

8.	This incurrence of debt is in the best interest of the Debtor because it allows him to retain his primary residence and cure the default.

9.	The Secretary of Housing and Urban Development, or its agents and /or assignees,

Alexis X. Oulton, Esq.
VSB #96461
AMERICA LAW GROUP, INC.
2469 Boulevard
Colonial Heights, VA 23834
(804) 520-2428
Counsel for Debtor(s)

seek permission to record the executed Subordinate Deed of Trust in the Sussex County Circuit Court.

10.      Debtor respectfully requests the Court to waive the stay imposed by Federal Bankruptcy Rule 6004(h).

WHEREFORE, the Debtor respectfully requests that the Court enter an Order authorizing the Debtor to incur debt in accordance with the terms of a Subordinate Note and Subordinate Deed of Trust with the Secretary of Housing and Urban Development, to allow the Secretary of Housing and Urban Development, or its agents and /or assignees, to record the executed Subordinate Deed of Trust in the Sussex County Circuit Court, to waive the stay imposed by Federal Bankruptcy Rule 6004(h), and for such other and further relief as may be just and necessary.

DATED: July 21, 2026

HENRY BENJAMIN MCINTIRE, III

By: /s/ Alexis X. Oulton
Alexis X. Oulton, Esq.
VSB# 96461
AMERICA LAW GROUP, INC.
2469 Boulevard
Colonial Heights, VA 23834
Phone: (804) 520-2428
Fax: (434) 885-3600
Email: aoulton@americalawgroup.com
Counsel for Debtor

Alexis X. Oulton, Esq.
VSB #96461
AMERICA LAW GROUP, INC.
2469 Boulevard
Colonial Heights, VA 23834
(804) 520-2428
Counsel for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In re: Henry Benjamin McIntire, III

Case No. 25-31032-FJS

Debtor.

Chapter 13

### PROPOSED ORDER AUTHORIZING THE INCURRENCE OF DEBT

THIS MATTER came to be heard upon the Motion of the Debtor for the authority to incur debt.

IT APPEARING that the Debtor wishes to incur debt related to an existing mortgage on the Debtor's and his spouse's real property held by NewRez LLC d/b/a Shellpoint Mortgage Servicing, by entering into a Subordinate Note and Subordinate Deed with the Secretary of Housing and Urban Development, with the amount to be financed totaling $5,973.95, with no interest accruing, no monthly payments, no cash disbursement to the Debtor, a maturity date of June 1, 2050 (or whenever the primary Note is paid or accelerated, or if the primary Note and Deed of Trust are no longer insured by the Secretary of Housing and Urban Development), for the purpose of curing arrears that accrued on the Debtor's and his spouse's real property located at 8484 Rowanty Road, Carson, VA 23830, and more particularly described as

Alexis X. Oulton, Esq.
VSB #96461
AMERICA LAW GROUP, INC.
2469 Boulevard
Colonial Heights, VA 23834
(804) 520-2428
Counsel for Debtor(s)

ALL THAT CERTAIN LOT OR PARCEL OF REAL PROPERTY. WITH THE IMPROVEMENTS THEREON AND THE APPURTENANCES THERETO, BELONGING, LYING AND SITUATE IN STONY CREEK DISTRICT. SUSSEX COUNTY, VIRGINIA, FRONTING FOR A DISTANCE OF 322.00 FEET. MORE OR LESS. ON THE WEST LINE OF ROWANTY ROAD OR STATE ROUTE NO. 623 AND RUNNING BACK THEREFROM IN A WESTERLY DIRECTION. CONTAINING 1.83 ACRES, MORE OR LESS. AND BEING KNOWN, NUMBERED AND DESIGNATED AS LOT I. ROWANTY ACRES SUBDIVISION ON A PLAT ENTITLED "PLAT SHOWING ROWANTY ACRES SUBDIVISION LYING ON THE SUSSEX COUNTY & PRINCE GEORGE COUNTY LINE", SITUATED IN STONY CREEK DISTRICT. SUSSEX COUNTY, VIRGINIA", DATED JUNE 25, 2004. REVISED SEPTEMBER 17, 2004, REVISED AGAIN ON SEPTEMBER 16, 2005, A COPY OF WHICH IS RECORDED IN THE CLERK'S OFFICE OF THE CIRCUIT COURT OF SUSSEX COUNTY. VIRGINIA IN PLAT BOOK 21, PAGE 160, REFERENCE TO SAID PLAT BEING HEREBY MADE FOR A MORE PARTICULAR DESCRIPTION OF THE ABOBE DESCRIBED PROPERTY; SAID PROPERTY BEING KNOWN BY THE CURRENT STREET ADDRESS OF 8484 ROWANTY ROAD, CARSON, VIRGINIA.

TOGETHER WITH A PERPETUAL NONEXCLUSIVE EASEMENT OF RIGHT-OF-WAY OVER. ACROSS AND THROUGH A STRIP DESIGNATED AS "SCOTTS LANE. 50' RAY" ON THE ABOVE MENTIONED PLAT, REFERENCE TO SAID PLAT BEING HEREBY MADE FOR A MORE PARTICULAR DESCRIPTION OF THE STRIP OF PROPERTY OVER, ACROSS AND THROUGH WHICH THIS PERPETUAL NONEXCLUSIVE EASEMENT OF RIGHT-OF-WAY CONVEYED WITH "LOT 1. ROWANTY ACRES" HEREIN RUNS. THE ABOVE MENTIONED PERPETUAL NONEXCLUSIVE EASEMENT OF RIGHT-OF-WAY IS FOR THE PURPOSE OF INGRESS AND EGRESS TO AND FROM THE PROPERTY DESIGNATED AS LOT I. ROWANTY ACRES ON THE ABOVE MENTIONED PLAT AND ROWANTY ROAD OR STATE ROUTE NO. 623. TOGETHER WITH A PERMANENT EASEMENT AND/OR PERMANENT RIGHT TO CONVEY EASEMENTS TO CONSTRUCT AND MAINTAIN GAS, WATER, ELECTRICAL. TELEPHONE, CABLE TELEVISION. DRAINAGE LINES, AND OTHER PUBLIC UTILITY SYSTEMS WITHIN THE STRIP OF PROPERTY THAT IS DESIGNATED AS "40' UTILITY EASEMENT" ON THE ABOVE MENTIONED PLAT, WHICH STRIP RUNS ALONG THE FRONT LOT LINES OF THE PARCELS DESIGNATED AS LOT I. LOT 17, LOT 16, LOT 15, LOT 14, LOT 13, LOT 12, LOT 11 AND LOT 10, ROWANTY ACRES ON THE ABOVE MENTIONED PLAT. REFERENCE TO SAID PLAT IS HEREBY MADE FOR A MORE PARTICULAR DESCRIPTION OF THE STRIP OF PROPERTY WHICH IS SUBJECT TO THE LAST HEREINABOVE DESIGNATED PERMANENT EASEMENT AND/OR PERMANENT RIGHT TO CONVEY EASEMENTS TO CONSTRUCT AND MAINTAIN UTILITY SYSTEMS WHICH IS CONVEYED WITH AND APPURTENANT TO "LOT I, ROWANTY ACRES" HEREIN.

TOGETHER WITH A SECOND PERMANENT EASEMENT AND/OR PERMANENT RIGHT TO CONVEY EASEMENTS TO CONSTRUCT AND MAINTAIN GAS, WATER, ELECTRICAL, TELEPHONE, CABLE TELEVISION, DRAINAGE LINES, AND OTHER PUBLIC UTILITY SYSTEMS WITHIN A STRIP OF PROPERTY THAT IS DESIGNATED AS" 10' UTILITY EASEMENT" ON THE ABOVE MENTIONED PLAT, WHICH STRIP RUNS THROUGH THE PARCELS DESIGNATED AS LOT 2, LOT 18, LOT 19, LOT 20 AND LOT 21, ROWANTY ACRES ON THE ABOVE MENTIONED PLAT. REFERENCE TO SAID PLAT IS HEREBY MADE FOR A MORE PARTICULAR DESCRIPTION OF THE "10 FOOT WIDE" STRIP OF PROPERTY DESIGNATED AS "10' UTILITY EASEMENT" ON THE ABOVE MENTIONED PLAT WHICH IS SUBJECT TO THIS SECOND PERMANENT EASEMENT AND/OR PERMANENT RIGHT TO CONVEY EASEMENTS TO CONSTRUCT AND MAINTAIN UTILITY SYSTEMS WHICH IS CONVEYED WITH AND APPURTENANT TO "LOT I, ROWANTY ACRES" HEREIN. THE ABOVE DESCRIBED WHICH IS DESIGNATED AS "LOT I, ROWANTY ACRES" ON THE ABOVE MENTIONED PLAT, IS CONVEYED HEREIN SUBJECT TO A PERPETUAL NON EXCLUSIVE EASEMEMT OF RIGHT-OF-WAY THAT RUNS OVER, ACROSS AND THROUGH A "25 FOOT WIDE STRIP" OF THE AFORESAID LOT I, ROWANTY ACRES SUBDIVISION", WHICH STRIP IS A PORTION OF THE LONGER AND WIDER STRIP DESIGNATED AS "SCOTT'S LANE, 50' R/W" ON THE HEREINABOVE MENTIONED PLAT, REFERENCE TO SAID PLAT BEING HEREBY MADE FOR A MORE PARTICULAR DESCRIPTION OF THE "25 FOOT WIDE" STRIP OF THE AFORESAID "LOT 1, ROWANTY ACRES SUBDIVISION" WHICH IS SUBJECT TO THE LAST ABOVE MENTIONED PERPETUAL NONEXCLUSIVE EASEMENT OF RIGHT-OF-WAY. THE LAST ABOVE MENTIONED PERPETUAL NONEXCLUSIVE EASEMENT OF RIGHT-OF-WAY IS FOR THE PURPOSE OF INGESS AND EGRESS TO AND FROM THE LOTS OF REAL PROPERTY WHICH ARE DESIGNATED AS "LOT 10, LOT 11, LOT 12. LOT 13, LOT 14. LOT IS, LOT 16, LOT 17, LOT 18, LOT 19, LOT 20, LOT 21, AND LOT 2, ROWANTY ACRES SUBDIVISION, ON THE ABOVE MENTIONED PLAT AND ROWANTY ROAD OR STATE ROUTE NO. 623.

Alexis X. Oulton, Esq.
VSB #96461
AMERICA LAW GROUP, INC.
2469 Boulevard
Colonial Heights, VA 23834
(804) 520-2428
Counsel for Debtor(s)

And it appearing to the Court that it is proper to do so; it is hereby

**ORDERED** that the Debtor's motion is GRANTED; and it is further

**ORDERED** that the Debtor and the Secretary of Housing and Urban Development are authorized to execute all documents necessary for the Subordinate Note and the Subordinate Deed of Trust; and it is further

**ORDERED** that the Secretary of Housing and Urban Development, or its agents and /or assignees, are authorized to record the executed Subordinate Deed of Trust in the Sussex County Circuit Court; and it is further

**ORDERED** that this Order is not subject to the stay imposed by Federal Bankruptcy Rule 6004(h).

Date: _____

_____
U.S. Bankruptcy Judge

Entered: _____

I ASK FOR THIS:

/s/ Alexis X. Oulton
Alexis X. Oulton, Esq.
VSB #96461
AMERICA LAW GROUP, INC.
2469 Boulevard
Colonial Heights, VA 23834
Phone: (804) 520-2428
Fax: (434) 885-3600
Counsel for Debtor

SEEN AND NO OBJECTION:

_____
Michael R. Jones
Chapter 13 Trustee

Alexis X. Oulton, Esq.
VSB #96461
AMERICA LAW GROUP, INC.
2469 Boulevard
Colonial Heights, VA 23834
(804) 520-2428
Counsel for Debtor(s)

SEEN AND NO OBJECTION:

_____
Linda Pierre, Esq.
Counsel for NewRez LLC d/b/a Shellpoint Mortgage Servicing


## LOCAL RULE 9022-1 (C) CERTIFICATION

COMES NOW the Debtor, by counsel and pursuant to Local Rule 9022-1(C)(1) advises the Court that the foregoing Order has been served upon or endorsed by all necessary parties.

/s/_____
Alexis X. Oulton


## PARTIES TO RECEIVE COPIES:

Alexis X. Oulton, Esq.
*via CM/ECF transmission*

Michael R. Jones, Chapter 13 Trustee
*via CM/ECF transmission*

Linda Pierre, Counsel for NewRez LLC d/b/a Shellpoint Mortgage Servicing
*via CM/ECF transmission*

Henry Benjamin McIntire, III
8484 Rowanty Road
Carson, VA 23830


## CERTIFICATE OF SERVICE

I certify that on July 21, 2026, a copy of the foregoing Notice, Motion with attached Exhibit, and Proposed Order were mailed electronically and/or via first-class mail, postage prepaid, to Michael R. Jones, Chapter 13 Trustee, to the Office of the United States Trustee, to Linda Pierre, Esq., Counsel for NewRez LLC d/b/a Shellpoint Mortgage Servicing, and to all creditors as set forth on the attached mailing matrix.

/s/ Alexis X. Oulton
Alexis X. Oulton


Alexis X. Oulton, Esq.
VSB #96461
AMERICA LAW GROUP, INC.
2469 Boulevard
Colonial Heights, VA 23834
(804) 520-2428
Counsel for Debtor(s)

**CREDITORS**

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998-0000

Amex
Correspondence/Bankruptcy
Po Box 981535
El Paso, TX 79998-0000

Ashley Funding Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Bon Secours Mary Immaculate H
PO Box 740405
Cincinnati, OH 45274-0000

BON SECOURS MERCY HEALTH
PO BOX 1123
MINNEAPOLIS, MN 55440

Brandon S. Lefkowitz
29777 Telegraph Road, Suite 2440
Southfield, MI 48034

Capital One
c/o Glasser & Glasser PLC
PO Box 3400
Norfolk, VA 23514-0000

Capital One
Attn: Bankruptcy
Po Box 30285

Salt Lake City, UT 84130-0000

Citibank N.A.
Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

Dept Of Education/neln
Po Box 82561
Lincoln, NE 68501-0000

Discover Bank
PO Box 3025
New Albany, OH 43054-3025

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054-0000

FinWise Bank
c/o Opportunity Financial, LLC
P.O. Box 5040
Fredericksburg, VA 22403

Homebase Credit Union
Attn: Bankruptcy
4495 Crossings Blvd
Prince George, VA 23875-0000

Homebase Federal Credit Union
4495 Crossings Blvd
Prince George, VA 23875

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud MN 56302-9617

Kikoff
Attn: Bankruptcy
75 Broadway
San Francisco, CA 94111-0000

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587

Alexis X. Oulton, Esq.
VSB #96461
AMERICA LAW GROUP, INC.
2469 Boulevard
Colonial Heights, VA 23834
(804) 520-2428
Counsel for Debtor(s)

Greenville, SC 29603-0587

Lvnv Funding/Resurgent Capital
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603-0000

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090

Midland Credit Mgmt
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193-0000

MRS BPO, LLC
1930 Olney Avenue
Cherry Hill, NJ 08003-0000

NCB Management Services
Attn: Bankruptcy
1 Allied Drive
Trevose, PA 19053-0000

Newrez
Attn: Bankruptcy
Po Box 10826
Greenville, SC 29603-0000

NewRez LLC d/b/a Shellpoint
Mortgage Servicing
c/o McCalla Raymer Leibert Pierce,
LLP
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076

NewRez LLC DBA Shellpoint
Mortgage Servicing
Bankruptcy Department
PO Box 10826
Greenville SC 29603-0826

OppLoans
Attn: Bankruptcy

130 E Randolph St, Ste 3400
Chicago, IL 60601-0000

Quantum3 Group LLC as agent for
CF Medical LLC
PO Box 788
Kirkland, WA 98083-0788

Radius Global Solutions, LLC
7831 Glenroy Rd.
Suite 250
Minneapolis, MN 55439-0000

Synchrony/PayPal Credit
Attn: Bankruptcy
Po Box 965064
Orlando, FL 32896-0000

U.S. Attorney
919 East Main Street
Suite 1900
Richmond, VA 23219

US Department of Education c/o
Nelnet
121 S 13th St
Lincoln, NE 68508

Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus Mac X2303-01a 3rd
Floor
Des Moines, IA 50328-0000

Wells Fargo Bank, N.A.
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Westgate Resorts Ltd
Attn: Bankruptcy
5601 Windhover Dr.
Orlando, FL 32819-0000

Alexis X. Oulton, Esq.
VSB #96461
AMERICA LAW GROUP, INC.
2469 Boulevard
Colonial Heights, VA 23834
(804) 520-2428
Counsel for Debtor(s)