**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In re:  **Henry Benjamin McIntire, III**          Case No: **25-31032-FJS**
                                                Chapter 13

           Debtors

# RESPONSE

        **NOW COMES** the Chapter 13 Trustee by counsel, in response to movant's Motion To Incur Debt and states as follows:

1.   The trustee does not object to the Motion To Incur Debt.

                                    /s/David N. Tabakin
                                    David N. Tabakin(VSBN 82709)
                                    Counsel for Michael R. Jones
                                    Chapter 13 Trustee


                        Certificate of Service

        I hereby certify that I have on July 22, 2026, I mailed or hand-delivered a true copy of the foregoing Response to the debtor(s) **Henry Benjamin McIntire, III,** 8484 Rowanty Rd., Carson, VA 23830  and electronically sent to debtor's attorney, **Alexis X. Oulton**, aoulton@americalawgroup.com.

                                     /s/David N. Tabakin
                                    David N. Tabakin
                                    Counsel for Michael R. Jones
                                    Chapter 13 Trustee

David N. Tabakin, Counsel for
Michael R. Jones
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218-1819
(804) 237-6800